UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Petre Earl Franks,

    Plaintiff,

v.

Criminal Justice Education and Training Standards,
Commission - Criminal Justice Standards Division,
Milton (Toby) F. Fitch, Jr.,

    Defendants.

**JUDGMENT**

4:15-CV-28-BO

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss [DE 6] is GRANTED.

This case is closed.

**This judgment filed and entered on July 7, 2015, and served on:**

Petre Earl Franks (via US Mail at 5289 Kelly Road, Bath, NC 27808)
Hal F. Askins (via CM/ECF Notice of Electronic Filing)

July 7, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk